UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE SALINAS, | ) | No. CV 10-6619-GW(CW) |
|     Petitioner, | ) ) ) | JUDGMENT |
|     v. | ) ) | |
| J. WALKER (Warden), | ) ) | |
|     Respondent. | ) ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: September 1, 2011

                                                            GEORGE H. WU
                                            United States District Judge