UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE SALINAS, | ) | No. CV 10-6619-GW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| J. WALKER (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: September 1, 2011

_____
GEORGE H. WU
United States District Judge

1